**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ERRENCE CROSLIN : | |
| Plaintiff : | |
| v : | Civil Action No. RDB-06-1579 |
| BALTIMORE GAS AND ELECTRIC : | |
| Defendant : | |

o0o

## MEMORANDUM OPINION

The above-captioned complaint was filed on June 20, 2006, together with a Motion to Proceed *In Forma Pauperis*. Because Plaintiff appears to be indigent, his motion shall be granted.

Plaintiff asserts that Baltimore Gas and Electric meters can be adjusted from the inside by meter installers. Paper No. 1 at p. 4. He claims that because the meters are adjustable "this can lead to variable reading[s] from one residence to another, therefore not all meters will measure correctly and can lead to bias reading and amounts owed per customer." *Id*. The remaining stated claim consists of general allegations regarding possible errors in the accuracy of gas and electric meters. *Id*. Plaintiff does not state how he has been actually harmed by the stated practice, but requests as relief negotiations with Defendant concerning the practice.

Plaintiff invokes this Court's federal question jurisdiction for purposes of this Complaint. The stated claim, however, does not present a federal question. To the extent that Plaintiff may have a state breach of contract claim, he must bring that claim in the appropriate state court. A claim based on state law may only be brought in federal court if there is diversity of citizenship among the parties and the amount in controversy meets the statutory requirement of $75,000. *See* 28 U.S.C. § 1332. Plaintiff, who resides in Maryland, names only Baltimore Gas and Electric, a corporation located in Maryland, as a defendant.

There is no diversity of citizenship present in this case. Accordingly, by separate Order which follows, the complaint shall be dismissed.

<u>June 27, 2006</u>　　　　　　　　　　　　　　/s/
Date　　　　　　　　　　　　　　　　RICHARD D. BENNETT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE